**VACATED PURSUANT TO [9] ORDER ENTERED 11/10/15**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

BECKLEY DIVISION

TERRY SZYMANSKI,

                Plaintiff,

v.                                            CIVIL ACTION NO. 5:15-cv-11621

FEDERAL BUREAU OF PRISONS,

                Defendant.



**MEMORANDUM OPINION AND ORDER**

On July 29, 2015, the Plaintiff filed his Complaint (Document 1) in this matter. By Standing Order (Document 2) entered on the action was referred to the Honorable R. Clarke VanDervort, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636.

On September 21, 2015, the Magistrate Judge issued a *Proposed Findings and Recommendation* (Document 3) wherein it is recommended that the Court dismiss the Plaintiff's Complaint and remove this matter from the Court's docket. Objections to the Magistrate Judge's *Proposed Findings and Recommendation* were due by October 8, 2015, and none were timely filed.

The Court is not required to review, under a *de novo* or any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the findings or recommendation to which no objections are addressed. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). Failure to file

1

timely objections constitutes a waiver of *de novo* review and a party's right to appeal this Court's Order. 28 U.S.C. § 636(b)(1); *see also Snyder v. Ridenour*, 889 F.2d 1363, 1366 (4th Cir. 1989); *United States v. Schronce*, 727 F.2d 91, 94 (4th Cir. 1984).

Accordingly, the Court **ADOPTS** and incorporates herein the findings and recommendation of the Magistrate Judge as contained in the *Proposed Findings and Recommendation*, ORDERS that the Plaintiff's Complaint (Document 2) be **DISMISSED** and that this matter be REMOVED from the Court's docket.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge VanDervort, counsel of record, and any unrepresented party.

ENTERED: October 16, 2015

IRENE C. BERGER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF WEST VIRGINIA

2